IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Marvin James #110142 )
_____ )
Full name and prison number )
of plaintiff(s) )
)
v. )    CIVIL ACTION NO. 2:05cv451-T
)    (To be supplied by Clerk of
Leedo Forniss, Warden )    U.S. District Court)
Donal Campbell, Commissioner )
Troy King, Attorney General )
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2005 MAY 17 P 9:23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county) _____

            _____

3. Docket number _____ N/A _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____ N/A

II. PLACE OF PRESENT CONFINEMENT _____ Staton Correctional Facility

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Staton Correctional Facility, P.O. Box 56, Elmore, Al, 36025

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                      ADDRESS
1. Leeda Fordiss, P.O. Box 56, Elmore Al, 36025
2. Donal Campbell, 1400 Lloyd St, Moody, Al, 36107
3. Troy Kison, 11 South Union St, Moody, Al, 36130
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED (With Me) August 2004 - And - Continuing.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Overcrowding

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_See Brief_

GROUND TWO: Deliberate Indifference

SUPPORTING FACTS: _See Brief_

GROUND THREE: Cruel And Unusual Punishment

SUPPORTING FACTS: _See Brief_

Violation of The American With Disability law
See Brief

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*See Brief*

_____
Signature of plaintiff(s)   *Marvin James 110142*

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  April - 22 - 2005  .
(Date)

_____
Signature of plaintiff(s)   *Marvin James 110142*

4