In The United States District Court
Middle District of Alabama

RECEIVED
MAY 17 P 9: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Marvin James
          Plaintiff

vs.                              Civil Action No.

Leon Forniss, Warden          2:05cv451-T
Donal Campbell, Commissioner,
Troy King, Attorney General

                    Brief

Every Person Who, Under Color of Any Statute,
Ordinance, Regulation, Custom, or Usage, of Any
State or Territory or The District of Columbia,
Subjects, or Cause To be Subjected, Any Citizen
of The United States or Other Person Within The
Jurisdiction Thereof To The Deprivation of Any
Rights, Privileges, or Immunities Secured by The
Constitution And Laws, Shall be Liable To The Party
Injured In An Action At Law, Suit In Equity, or
Other Proper Proceeding For Redress, Except That
In Any Action brought Against A Judicial Officer
For An Omission Taken In Officer's Judicial
Capacity, Injunctive Relief Shall Not be granted

Unless a declaratory decree was violated or declaratory relief was unavailable.

## State of Facts

The Plaintiff, Marvin James, Is a 59 year old-disable handicapped inmate housed at Staton Correctional Facility.

Staton Correctional Facility (main camp) has (4) four Dorms A-B-C-D, Each Dorm has (3) Three Bays, Each Bay-In-Every Dorm-was built to house 36 inmate, Each Bay-In-Every Dorm-now-house (76) Inmates,

There is only (3) Three Toilets-(3) Three Sinks And (2) Two Showers-In-Each Bay which house (76) Inmates,

The Overcrowding led to Increase In Stress, Tension, Communicable Diseases, And Increased Confrontation between Inmates,

The Overcrowding has Resulted In deprivation of basis human needs, Including Lack of Sleeping Quarters,

There Are Disabled-handicapped Inmates housed In Each bay-But-There Are No-Railings or handicapped Bars-In-The Shower-or-Toilet Area,

The Plaintiff, Marvin James, Is A Known Chronic Care Inmate Who Suffer (Seizures) About (Heart Problems) Who Takes Prescribed Medication,

The Plaintiff, Also Walks With A Prescribed-Cane-The Walking Cane-Is-Prescribed-For-The Duration of The Plaintiff's Term-For Back About hip Problems,

The Plaintiff, Is not housed In The Main Camp-He-Is housed In A Wearhouse (Which Is Located-Apart From The Main Camp) It Was The Old Canning Plant (Which They Now Call 6 Dorm) Which house 300 Plus Inmates,

The Shower Area-Here-has no Railing or handicap Bars, There Are Only (2) Two Officer Asigned To-6-Dorm-on Each Shift, They Can't See In The Shower Area-And-Only Come Into The Shower Area When They Count,

There Are Inmates-Who-have died In Prison Who Are buried here on The Prison Grounds, (Not Any) Was Embolismed or Buried In A Vault,
(Which Is A Major Violation of Federal Law,

The water here inwhich the inmates drink and shower in is contaminated. The officer's and personnal donot drink this water. The Department of Corrections supply them with bottle water.

There is only one certified Medical Doctor here at Staton correctional facilitie, who over sees more than (5,000 inmates) Doctor Williams, overs sees the inmates here at Staton - Elmore - Draper and Frank Lee, Recklessness with respect to the standard of medical care, and Recklessness with respect to the provision of adequate medical facilitie, is found here and constitute Deliberate indifference to prisoner's medical needs,

## ISSUES

1. Violation of the 8th Amendment (overcrowding)
2. Violation of the 8th Amendment (Deliberate Indifference).
3. Violation of the 8th Amendment (Cruel and Unusual Punishment), And Violation of the Americans with Disability law.

# Argument

Prison Officials May be found Liable Under The Deliberat Indifference Test For denying humane Conditions of Confinement only if They Know And Inmate Faces Substantial Risk of Serious harm And They disregard That Risk by Failing To Take Reasonable Measures To Abate it,

Deliberate Indifference does not Require A Prisoner-Seeking A Remedy For Unsafe Conditions To Await A Tragic Event, before Obtaining Relief,

The Plaintiff, Marvin James, has A Prescribed Medical Profile-Which-States he Shall Not Prolong-his-Walking or Standing,

To Eat One Meal-Inmate Plaintiff Marvin James, has To Walk A Round Trip of (6) Six Blocks-From G Dorm -To-The Main Camp-Dinning hall-Where Most of The Time There Is Standing Room only,

WHENEVER IT RAINS-IT RAINS-HERE IN
G DORM (THE OLD CANNING PLANT-WEARHOUSE)
THERE ARE LEAKS (EVERYWHERE)

PRISONERS, NEED NOT SHOW PRESENT INJURY
TO STATE A CLAIM, IT IS SHOWN THAT THE
PLAINTIFF, MARVIN JAMES, IS SUFFERING
SERIOUS PHYSICAL PAIN, BECAUSE OF HIS
DISABILITY AND HANDICAP, IS SUFFERING
MENTAL AND EMOTIONAL STRESS-BECAUSE THE
CONDITIONS HERE AT STATON CORRECTIONAL FACILITY,
PLACES HIS-HEALTH AND LIFE IN SERIOUS,
DANGER-WITH-A THREAT THAT IS UNREASONABLE
AND UNCONSTITUTIONAL

## Conclusion

THE PLAINTIFF, MARVIN JAMES, SEEKS THIS
HONORABLE COURT TO ORDER INJUNCTIVE RELIEF,
FOR-THE VERY DANGERIOUS-UNSAFE CONDITIONS
HERE AT STATON CORRECTIONAL FACILITY
ORDER THAT THE POPULATION BE REDUCED
BY ONE THIRD-60-DAYS AFTER THE COURT
ISSUE IT'S ORDER,

Issue An Order-Restraining The Respondent's From Retaliation Against The Plaintiff, Marvin James, For Filing This Civil Action-In-This Honorable United States District Court,

Order That, The Plaintiff, Marvin James, be Awarded ($900,000) In Damages-For-his Serious Physical Pain-Mental And Emotional Stress, And For Placing his Health And Life In Very Serious Danger And For Violations of his Rights-Under The American's With Disability Law,

Sworn To And Subscribed To before Me This 22nd Day of April 2005.

_James H. Lindsey Jr._
Notary Public

_Marvin James_
Plaintiff

My Commission Expires 1/28/08
Elmore, Al.