IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED**
**IN FORMA PAUPERIS**

MARVIN JAMES #110142
Plaintiff(s)

RECEIVED
2005 MAY 17 P 9: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:05cv451-T

v.

LEON FORNISS, WARDEN
Defendant(s) DONAL CAMPBELL, COMM;SS;ONER
TROY KING, ATTORNEY GENERAL

I, MARVIN JAMES, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?        Yes ( )   No (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. Disabled

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   Yes ( )   No (✓)
   B. Rent payments, interest, or dividends?              Yes ( )   No (✓)
   C. Pensions, annuities, or life insurance payments?    Yes ( )   No (✓)
   D. Gifts or inheritances?                              Yes ( )   No (✓)
   E. Any other sources?                                  Yes ( )   No (✓)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _____

**SCANNED**

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts].  Yes ( )  No (✓)

   If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?  Yes ( )  No (✓)

   If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _NONE_

   _____
   Signature of Affiant

STATE OF ALABAMA           )
COUNTY OF ___Elmore___     )

Before me, a Notary Public in and for said County, in said State, personally appeared _____ _In Person_____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me on this _22nd_ day of _April_, 2005

_James H. Lindsey Jr._____
NOTARY PUBLIC

___Elmore___ County, Alabama
My Commission Expires: _1/28/08_