IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| MARVIN JAMES, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv451-T |
| | ) | |
| LEON FORNISS, Warder, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that plaintiff's motion for temporary restraining order, contained in his brief (Doc. No. 2), is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 19th day of May, 2005.


       /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE