James

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Kay P. Hope_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |

1. Article Addressed to:

Donal Campbell, Commissioner
Alabama Dept. of Corrections, Legal Division
P. O. Box 301501
Montgomery, AL 36130-1501

D. Is delivery address different from item 1? ☐ Yes
   delivery address below: ☐ No

2:05cv451 (order, cmp + bio)   40 dys

Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 2510 0001 0150 6754

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540