James

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *B. Garrett* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) B Garrett   C. Date of Delivery 6-8-05 |
| 1. Article Addressed to:<br>Hon. Troy King<br>Attorney General for the<br>State of Alabama<br>11 South Union Street<br>Montgomery, AL 36130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☑ Yes |
| 2:05cv451 (O.Du, cmp + brief 40 dys)<br>2. Article Number<br>(Transfer from service label)  7004 2510 0001 0150 6747 | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540 | |