In The United States District Court
Middle District of Alabama



Marvin James # 110142
  Plaintiff
VS.                          Civil Action No. 2:05-CV-451-T
Leon Forniss, Warden, et. al.
  Defendants

## Motion To Leave To Amend

Comes Now, The Plaintiff, Marvin James, who Motion This Honorable Court For Leave To Amend his Complaint.

Because of Additional Cruel And Unusual Punishment - which has been Applied To The Plaintiff, After he Filed his Civil Action In This Court,

Plaintiff Pray This Honorable Court Will Approve This Motion To Leave To Amend.

Marvin James 110142
  Plaintiff

June - 15 - 2005