IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARVIN JAMES, #110 142           *

    Plaintiff,           *

v.           * CIVIL ACTION NO. 2:05-CV-451-T

LEON FORNISS, WARDEN, *et al*.,           *

    Defendants.           *

**ORDER**

Plaintiff has filed a Motion for Leave Amend Complaint. (Doc. No. 12.) Upon consideration of the motion, the court concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. The Motion for Leave to Amend Complaint (Doc. No. 12), IS GRANTED;

2. Defendants named in the complaint, as amended, shall undertake a review of the subject matter of the complaint and amended complain t  (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken by prison officials to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints, whether pending in this court or elsewhere, should be considered together;

3. An answer and written report be filed with the court containing the sworn statements of all persons having knowledge of the subject matter of the complaint, as amended. This answer and report to the complaint, as amended, shall be filed with the court and a copy served upon Plaintiff within forty (40) days of the filing date of this order. <u>All defenses including immunity defenses must be set forth in the written report or such defenses may be waived</u>. Authorization is hereby

granted to interview all witnesses, including Plaintiff.  <u>Whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report.  Where Plaintiff's claim or Defendants' defenses relate to or involve the application of administrative rules, regulations or guidelines, the written report shall include copies of all such applicable administrative rules, regulations or guidelines</u>;

    4.  <u>No</u> motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint, as amended, be filed by any party without permission of the court.  If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court;

    5.  The CLERK of Court IS DIRECTED to furnish a copy of this order to Plaintiff and a copy of this order and amendment to the complaint to Defendants, to General Counsel for the Alabama Department of Corrections, and to the Attorney General for the State of Alabama.

    DONE, this 21st day of June, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE