In The United States District Court
Middle District of Alabama

Marvin James # 110142
Plaintiff

VS.                                    Civil Action No. 2:05-CV-451-T

Leon Forniss, Warden, ET, AL
Defendants

## Amendment To Complaint

Comes Now, The Plaintiff Marvin James, Who Motion This Honorable Court To Amend The Following To His Complaint,

After The Plaintiff Initial Filing of Civil Action - His (K.O.P.) Medication (Keep On Person) Was Stopped - Plaintiff has had K.O.P Medication Since he Arrived here Medication Was K.O.P. At Other Camps he Was At Before he Came here,

The Plaintiff Takes 6 Difference Kind of Medication - Some - Of which he Takes 3 Times A Day - The Record Will Show The Plaintiff Suffer - Severe - Lower Back And Spinal Pain,

The Plaintiff is being force to walk a round trip of 6 blocks to take his medication, whereas the record will show other inmates take the same medication and is allowed to keep on person their medication,

The 6 blocks round trip the plaintiff must walk to get his medication is a violation of the plaintiff's 8th Amendment under cruel and unusal punishment,

Plaintiff is sufferring severe pain he should not suffer, the medication walk increases the severe lower back and spinal pain, and this is clearly known by the defendent's,

### Conclusion

Plaintiff pray this honorable court will grant this motion to amend his complaint

Marrio James 110)42
Plaintiff

June-15-2005

## Certificate of Service

I hereby certify that I have mailed a copy of the Motion To Leave To Amend And A Copy of Amendment To Complaint

To: Office of Counsel for Defendant's

At: 301 South Ripley Street
P.O. Box 301501
Montgomery Ala. 36130

Do This 15th Day of June 2005

_____
Marty James 110242
Plaintiff