IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARVIN JAMES, #110142 ) | |
| ) | |
| PLANTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.2:05-CV-451-T |
| ) | |
| LEON FORNISS, Warden, *et al.*, ) | |
| ) | |
| DEFENDANTS, ) | |

## AFFIDAVIT

**State of Alabama**   :

**Elmore County**   :

Before me the undersigned authority, a Notary Public in and for said County and State of Alabama at large, personally appeared Leon Forniss, who being known to me and being by me duly sworn, deposes and says on oath as follows:

My name is Leon Forniss, I am presently employed as a Correctional Warden III with the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age.

This is my response to the Magistrate Judge's Order concerning complaints made by inmate Marvin James #110142. I have reviewed the complaint of Inmate James.

Staton Correctional Facility currently has five (5) dormitories in the main camp. One (1) dorm (E) which is an open dormitory type setting houses 200 inmates with 16 toilets, 27 sinks, 6 showers and 2 urinals. Four (4) dormitories (A,B,C,D,) which are bay

EXHIBIT 1

style settings have three (3) bays per dorm and houses 68 inmates in each bay for 204 total per dorm. There are 3 toilets, 3 sinks, 2 showers and 2 urinals in each bay. Each inmate housed at Staton is assigned a bed, therefore, there is no validity to the lack of sleeping quarters.

There are no disabled or handicapped inmates that are housed at Staton. Any inmate that is diagnosed or shown to be disabled or handicapped are transferred to the State's Aged and Infirmed Facility at Hamilton.

Inmate James is a chronic care inmate that is treated for hypertension, high cholesterol and seizures. Inmate James is on the following medications: Dilantin, Atenolol, Niacin, Nitroglycerin, Aspirin and Lopid. Inmate James needs the use of the walking cane for ambulation due to degenerative joint disease of back (arthritis). Currently all medical reports indicate that inmate James' back and hip are stable.

Inmate James arrived at Staton Correctional Facility from Easterling Correctional Facility on July 12, 2004. Inmate James has been assigned to G-Dormitory since his arrival. G-Dorm houses 360 inmates. G-Dorm sets apart from the main camp. G-Dorm is an open dormitory type setting with 18 toilets, 19 sinks, 6 urinals and 19 showers. G-Dorm is equipped with a handicapped ramp access to the restroom area. There are no railings or bars in the shower area.

As shift manning allows, there is at least three (3) Officers assigned to G-Dorm per shift. An officer patrols the Dorm to include the restroom area throughout each shift.

Staton currently has the grave site for inmate burial from institutions within the South, Central and Northern Regions of Alabama depending on the circumstances.

Inmates being buried on the grounds are embalmed and are placed in a vault for burial in accordance with departmental burial regulations.

Staton's water supply is connected to the Elmore County Water Works. The chlorination and filtration of the water supply is maintained through Elmore County and Five Starr Water Purification and is checked for contamination on a daily basis. Alabama Department of Corrections does not issue bottle water to employees.

Staton has one Physician, one Physician Assistance and one Nurse Practitioner on staff contracted through Prison Health Service who shares the responsibilities of providing medical care to the inmate population.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate James concerning the allegations on which his complaint is based. I deny that I have violated any well-established civil rights of Inmate Marvin James.

_Leon Forniss_
LEON FORNISS

SWORN TO and SUBSCRIBED before me this ___ day of June 2005.

_Margaline B. Deem_
NOTARY PUBLIC

12-6-08
My Commission Expires