In The United States District Court
Middle District of Alabama

Marvin James # 110142
Plaintiff

VS.                                   Civil Action No. 2:05-cv-451T

Leon Forniss, Warden, et al,
Defendants

## Response To Defendant's Special Report

Comes Now, The Plaintiff, Marvin James, who gives The following Response To The Defendant's Special Report.

The Defendant's states, There Are 3 Bays In The Main Camp That houses 68 Inmates, Each, The Defendant's did not state That Each Bay was built To house 34 Inmates.

With 68 Inmates - In - A Bay That was built To house 34 Inmates. There Is A Major Overcrowding problem.

The Defendant's States There Is No-Disabled-or-Handicapped Inmates housed at Station, (Which Is Not True.)

The Defendant's States-That I The Plaintiff Needs The Use of The Walking Cane for Ambulation Due To Degenerative Joint Disease (Arthritis).

The Defendant's did Not Address-The Plaintiff's Contention That he Is Force To Walk A Round Trip, of 6 Blocks To Eat-One-Meal, And That The Plaintiff has A Medical Profile-Which-States No Prolonged Walking-or-Standing.

Attached Is Certified Documents From The Social Security Administration Which Show The Plaintiff Marvin James, Is Disabled.

The Plaintiff's K.O.P. Medication was Cut off-Forcing The Plaintiff To Walk A Total Of 18 Block Each day To get his Medication.

The Defendant's did-not-Address The Plaintiff's Contentions That most of the time-there Is Standing Room only In The Chow hall,

The Defendant's did not Address The Contention That The Plaintiff, Is house In A Wear house, Packed with 360 other Inmates-And-Each time It Rains-It-Rains In here, And That There or No-Windows-Improper heating-Lighting And Ventilation,

The Defendant's did not Address The Contention That There Is only one Certified Doctor who, over Sees-More-Than 5,000 Inmates,

There Are Inmates That Are buried here That was not Embalmed Are Placed In A Vault-But-The Plaintiff-Cannot Prove This because he Can't Dig Them up, These Inmate was not Embalmed-They were Placed In A Grave And Lime was Poured on Them,

# Affidavit

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large,

Personally Appeared - The Plaintiff, Marvin James, who being known to me and being by me first duly sworn, deposes and states on oath - That,

To the best of his knowledge, all he has stated in his Response to the Special Report is true and correct.

Sworn to and subscribed before me this 8th day of August 2005.

_____      Marvin James 110142
Notary Public                              Plaintiff

My Commission Expires 1/25/08  Elmore, Al.

## Certificate of Service

I hereby Certify That I have Mailed A Copy of This Response To Address of The Counsel For The Defendant's At.

Office of The Attorney General
11 South Union Street
Montgomery Alabama - 36130

On This 7th Day of Aug 2005.

Mamphama 110142
Plaintiff