**Social Security Administration**
# Supplemental Security Income
Notice of Change in Payment

Date: July 02, 2001
Claim Number: 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 DI

623         050   0077
MARVIN JAMES
725 N RIPLEY ST
MONTGOMERY AL   36104-2738


*Type of Payment*
*Individual Disabled*

We are writing to tell you about changes in your Supplemental Security Income payments. The following chart shows the SSI money due you for the months we changed. As you can see from the chart, we are only changing your payments for future months. The rest of this letter will tell you more about this change.

**Your Payments Will Be Changed As Follows:**

| From | Through | Amount Due Each Month |
|---|---|---|
| August 01, 2001 | Continuing | $531.00 |

**Why Your Payments Changed**

Each year, you get a cost of living adjustment in your SSI benefits. This is based on the consumer price index, or CPI. The CPI is the government's measure of the rate of inflation. In 1999, there was an error in how the CPI was figured. We are adjusting your future monthly benefit amount to what it would have been without the CPI error.

The payment amount changes beginning August 2001.

**A Special Payment**

Because of the error in how the CPI was figured, Congress passed a new law. This law lets us pay you the extra SSI you would have gotten as if the CPI error did not occur. This special payment is for SSI you would have gotten from January 2000 until now.

**Information About Your Payments**

- Because we already paid you $954.00 for June 2001 through July 2001 and another $106.00 of the money due you for these months was withheld to

SSA-L8151-09B-04-00020089               See Other Side                        050017640

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
07/02/2001

Page 2

- collect excess payments for other periods, $1.80 is the rest of the new payment due you for that period.

- You should receive the check no later than July 26, 2001. Your regular monthly check of $477.90 will then be issued about the first day of the month.

- Because you were overpaid previously and still owe us $556.48, we are withholding $8.16 from the amount now due for March 2000 through June 2000 and for December 2000 through July 2001 to recover the overpayment.

- As we told you before, we are withholding part of your check to get back money you were overpaid. Starting August 2001, we will raise the amount withheld from your check from $53.00 to $53.10. Therefore, you will receive a check for $477.90 instead of $531.00. After August 2001 there will be $495.22 left on your overpayment.

- The $53.10 we will withhold is 10 percent of your SSI money plus any other money we use in figuring your SSI. We will withhold more than we have before because your SSI money plus any other money we now use in figuring your SSI is more. If you want us to withhold more or less, please call or visit your Social Security office.

### Information About Food Stamps

Do you now receive food stamps or have you applied for food stamps within the last 60 days? If so, the change in your SSI amount could affect the amount of food stamps you receive. Tell your local food stamp office right away that we changed your monthly SSI amount. Please have this letter with you when you contact the food stamp office.

### Information About Your Back Payments

We are sending you a Supplemental Security Income check for $1.80 in July 2001. We will not count the part of this money which was due for back payments as your resource for 6 months. If the money is not spent before February 01, 2002, we will count any money left over as part of your resources. But things bought with this money may count as resources the month after they are bought. Your Social Security office can tell you which things count as resources. You cannot get SSI if the resources we count have a value of more than $2000.00.

### Things To Remember

This determination replaces all previous determinations for the above periods.

### If You Disagree With The Decision

If you disagree with the decision, you have the right to appeal. We will review your case and consider any new facts you have.

050017640

SSA-L8151-09B-04-00020089