IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MARVIN JAMES, #110 142                          *

     Plaintiff,                                        *

     v.                                                *  CIVIL ACTION NO. 2:05-CV-451-T

LEON FORNISS,WARDEN, *et al.*,                  *

     Defendants.                                       *

_____

**ORDER**

For good cause, it is

ORDERED that within twenty-one (21) days of the filing date of this order Defendants shall file a supplemental written report addressing Plaintiff's claims that:

1. He is required to walk long distances for chow and medication despite having a "no prolonged standing or walking" profile and because he no longer is allowed to have "keep on person" ("KOP") medication, and that the amount of walking required of him has increased his spine and lower back pain;

2. Confinement in G Dorm is unconstitutional because the roof leaks when it rains and the dormitory has no windows and inadequate ventilation/heating and lighting.

Defendants' supplemental special report should include supporting evidentiary material including, but not necessarily limited to, copies of any and all pertinent medical

records insofar as they relate to and/or concern Plaintiff's allegations of specific medical profiles, KOP medication, and increased back and spinal pain.

DONE, this 23rd day of August, 2005.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE