# In The United States District Court
## Middle District of Alabama

RECEIVED
2005 SEP -8 A ... 40

Marvin James                VS.    Leon Forniss, Et Al,
Plaintiff                                    Defendant's

Civil Action No. 2:05-CV-451-T

## Notice To The Court

On the date of August-29-2005, The Defendant's moved the Plaintiff, from G Dorm and Assigned him to C Dorm bed 34B, And Gave The Plaintiff, Marvin James, Half of his K.O.P. Medications back to him,

The Defendant's has stated in their Special Report that The Plaintiff, has been housed in G Dorm Since, July-12-2004,

The Plaintiff, Marvin James, while being housed in G Dorm - Which is Overcrowded, Suffer-and Suffering Sever Pain, Mental & Emotional Stress, Fear & Deep Depression, For more than One year.

From deliberate indifference by the Defendant's, Cruel And Unusual Punishment, And Violation of the Plaintiff's Rights Under the Americans With Disabilities Act,

_____ 110142
Plaintiff

### Certificate of Service

I hereby Certify That I have Mailed A Copy of This Notice To The Court To:

Office of The Attorney General
11 South Union St.
Montgomery, Ala. 36130

_____ 110142
Plaintiff

September-2-2005,