IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARVIN JAMES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 2:05-CV-451-T |
| LEON FORNISS, ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## SUPPLEMENTAL SPECIAL REPORT

COME NOW the Defendants, **Leon Forniss, et al.**, by and through undersigned counsel, and in accordance with this Honorable Court's August 23, 2005, Order, offer the following supplemental report written report.

## PARTIES

1. There are no additional parties to add at this time.

## SUPPLEMENTAL EXHIBIT

EXHIBIT 1 – Affidavit of Darryl Ellis, Director of Nurses with Prison Health Services.

## PLAINTIFF'S CLAIMS

Plaintiff, in addition to the claims made in his initial complaint, asserts that he is required to walk long distances for chow and medication despite having a "no prolonged standing or walking" profile and because he is no longer allowed to have "keep on person" ("KOP") medication, and that the amount of walking required of him has increased his spine and lower back pain. Plaintiff also asserts his confinement in G Dorm

1

is unconstitutional because the roof leaks when it rains and there is inadequate ventilation/heating and lighting.

## DEFENDANTS' SUPPLEMENTAL RESPONSE

1. The Defendants deny that they violated the Plaintiff's constitutional rights.

2. The Defendants deny each and every material allegation not specifically admitted herein and demand strict proof thereof.

3. The Plaintiff has failed to state a claim upon which relief may be granted.

4. The Plaintiff makes no specific allegations against Attorney General King, Commissioner Campbell, or Warden Forniss.

5. The Defendants are immune from suit under the Eleventh Amendment to the United States Constitution.

6. The Defendants are immune from suit due to qualified immunity.

7. Defendants are immune from suit under Article I, § 14 of the Alabama Constitution (1901).

8. Defendants are immune from suit due to discretionary function immunity

## SUPPLEMENTAL STATEMENT OF FACTS

Plaintiff is currently taking the medication Dilantin for seizures. Inmates on this medication can no longer have the medication KOP (keep on person) due to the need to monitor the dosages being consumed. Plaintiff has not been reporting to the pill call line to get his dosage of Dilantin. In the month of August, Plaintiff only reported a total of nine times to pick up his medication. All of Plaintiff's other KOP medications (Atenolol, Niacin, Nitroglycerine, Aspirin and Lopid) are still KOP. The last time plaintiff picked up his KOP medication was May 18, 2005. (Exhibit One).

Plaintiff's profile for no prolonged walking or standing is not to stand or walk for more than fifteen minutes at a given time. On June 8, 2005, Plaintiff signed up for sick call complaining of sharp pain to the head from his prolonged walking or standing and requested a front of the line profile. Plaintiff has been moved from G-Dorm to C-Dorm to be closer to the pill call window and chow hall.

## ARGUMENT

The Defendants adopt the argument made in their original Special Report and reassert the same as if fully set forth herein.

## CONCLUSION

There are no genuine issues of material fact, and the Defendants are entitled to judgment as a matter of law. WHEREFORE, the Defendants respectfully request that this Honorable Court dismiss the claims against them.

Respectfully submitted,

TROY KING (KIN047)
Attorney General


/s/ Benjamin H. Albritton
Benjamin H. Albritton (ALB008)
Assistant Attorney General


ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 12th day of September, 2005, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Marvin James
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36023

                                                /s/ Benjamin H. Albritton
                                                Benjamin H. Albritton
                                                Assistant Attorney General