IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARVIN JAMES, #110142 | ) |
| | ) |
| PLANTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05 –CV-451-T |
| | ) |
| LEON FORNISS, Warden, et al., | ) |
| | ) |
| DEFENDANTS, | ) |

### AFFIDAVIT

**State of Alabama**  :

**Elmore County**  :

Before me the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Darryl Ellis, who being known to me and being by me duly sworn, deposes and says on oath as follows:

My name is Darryl Ellis, I am presently employed as Director of Nurses with Prison Health Services contracted through the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age.

This is my response to the Supplemental Request Complaint concerning complaints made by inmate Marvin James #110142. I have reviewed the complaint of inmate James.

Inmate James is presently taking medication for seizures. Inmates that take seizure medication (Dilantin) can no longer have KOP (keep on person) medication on their person due to the monitoring of the dosage being consumed. Inmate James has not


EXHIBIT 1

been reporting to the pill call line to get his dosage of Dilantin. In the month of August, 2005. Inmate James has only been to pick up his medication (Dilantin) a total of nine (9) times. All other KOP medications (Atenolol, Niacin, Nitroglycerin, Aspirin and Lopid) are still KOP for this inmate. The last time inmate James picked up his KOP medication was May 18, 2005.

Inmate James profile for no prolong walking or standing is not to stand or walk greater than fifteen (15) minutes at a given time. On June 8, 2005, inmate James signed up for sick call complaining about sharp pain to his head from his prolonged walking or standing and requested a front of the line profile.

Inmate James has been moved from G-Dormitory to the main side of the camp. C-Dorm is the dormitory inmate James has been assigned to and is closer to the pill call window and chow hall.

To my knowledge, the above-related facts are the entirety of my involvement with inmate James concerning the allegations on which his complaint is based. I deny that I have violated any well-established civil rights of Inmate Marvin James.

_____
DARRYL ELLIS

SWORN TO and SUBSCRIBED before me this 2 day of September 2005.

_____
NOTARY PUBLIC

12/06/2008
My Commission Expires