In The United States District Court
Middle District of Alabama

2005 SEP 14 A 9:__

Marvin James
   Petitioner / Plaintiff

vs.

Billy Owens / Leon Forniss et al,
   Respondent / Defendants

Civil Action No. 04-T-149-N
Civil Action No. 2:05-CV-451-T

## Notice
## Change of Address

Comes Now The Petitioner / Plaintiff Marvin James, who gives The following Change of Address to This Honorable Court,

Marvin James # 110142
851 Center Street - North
Birmingham, Ala. 35204

## Certificate of Service

I hereby certify that I have mailed a copy of this Notice Change of Address, to:

Office of the Attorney General
11 South Union St.
Montgomery, Ala. 36130

_____
J. Mario James, 110142
Petitioner / Plaintiff

September - 12 - 2005

Marvin James #110142
851 Center Street North
Birmingham, Ala. 35204

35101-0711

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama - 36101