In The United States District Court
Middle District Of Alabama

Marvin James
Plaintiff
                         Civil Action No. 2:05-cv-451-T
vs.
Linda Fordiss, Warden et al,
Defendants

## Notice To The Court

Comes Now The Plaintiff Marvin James, Who gives The Following notice To This Honorable Court.

On The date of September-12-2005, The Plaintiff mailed notice of Change of Address to This Court along with a Certificate of Service, And mail a copy To The Attorney General on 9-12-2005.

The Plaintiff Marvin James, was Released from Prison September-11-2005.

The Plaintiff Marvin James did not Receive The Court Order until September 30-2005. The Plaintiff has not Received A Copy of The Supplemental Special Report

And supporting evidentiary materials filed by the Defendant's. The Plaintiff can not file a Response in opposition because the Defendant's has failed to serve the Plaintiff a copy.

## Certificate of Service

I hereby swear I have mail a copy of this notice to the court,

To: Office of The Attorney General
11 South Union St
Montgomery Alabama 36130

_____
Marvin James
Plaintiff

October-19-2005