In the United States District Court
Middle District of Alabama

Marvin James
    Plaintiff
vs.                  Civil Action No. 2:05-cv-451-T
Leon Forniss, et al
    Defendant

## Response To Supplemental Written Report

Comes Now, The Plaintiff, Marvin James, In This Response To Supplemental Written Report, States The Following:

It Was The Order of This Honorable Court On The Date of August-23-2005,

That Within (21) Days Defendants Shall File A Supplemental Written Report Addressing Plaintiff's Claims That:

He Is Required To Walk Long Distances For Chow And Medication Despite Having A No Prolonged Standing Or Walking Profile And Because He No Longer Is

SCANNED

Allowed to have Keep on Person (KOP) Medication, And That The Amount of Walking of him has Increased his Spine And Lower back Pain.

Defendant's In Their Supplemental Written Report States, That, Plaintiff's Profile for no Prolonged walking or Standing Is Not To Stand or Walk for More Than 15 Minutes At A given Time.

The Last Profile I Was Issued States No Prolonged Walking or Standing (has 20 Minutes).

The Defendant's In Their Supplemental Written Report Did Not Address The Plaintiff's Claim That he Is Required To Walk Long Distances For Chow And Medication, And That The Amount of Walking Required of him has Increased his Spine And Lower back Pain.

The Defendant's Stated In Their Special Report To This Honorable Court's Order - June-21-2005, That:

The Plaintiff is a Chronic Care Inmate who uses a Cane due to Degenerative Joint Disease (Arthritis) of the back,

The Defendant's states, Inmate James, has been moved from G-Dormitory to the Main Camp-C Dorm, Is the Dormitory Inmate James, has been assigned to And Is closer to the Pill Call Window And Chow hall,

The Plaintiff was housed In G Dorm more than One year. And. was moved 8 Days before he was Released On September-11-2005,

The Defendant's did not Address the Plaintiff's Claim that,

Confinement In G Dorm Is Unconstitutional because the Roof Leaks When it Rains And the Dormitory has No Windows And Inadequate Ventilation heating And Lighting

## Conclusion

The Facts - The Defendant's Record show the Plaintiff's Claims of Cruel and Unusual Punishment, Deliberate Indifference, and Violation of his Rights under the Americans with Disabilities Law - Is True.

_____
Mayra James
Plaintiff

October-31-2005

## Certificate of Service

I hereby swear that I have mail a true copy of this response to:

Office of the Attorney General
11 South Union St.
Montgomery, Alabama 36130

_____
Ratliff

October-31-2005