In The United States District Court
Middle District of Alabama

RECEIVED
2006 JAN -9 A 10:10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Marvin James # 110142
   Petitioner

vs.               Civil Action No. 04-T-149-N

Billy Owens, et al,
   Respondents

(And)

Marvin James # 110142
   Plaintiff

vs.               Civil Action No. 2:05-CV-451-N

Leon Forniss, Warden, et al,
   Defendants

## Notice Change of Address

Comes Now, The Petitioner/Plaintiff Marvin James, who gives the following Change of Address,

New Address

Marvin James
1708 French St.
Montgomery Al. 36104

## Certificate of Service

I hereby certify that I have mailed a copy of this Notice of Change of Address to:

Office of The Attorney General
11 South Union St
Montgomery Ala. 36130

This is the 27 Day of Dec, 2005

*Marvin James*
_____
Petitioner/Plaintiff