In The United States District Court
Middle District of Alabama

RECEIVED
2006 MAY 12  A 10:10
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Marvin James # 110142
Petitioner

vs.                           Civil Action No. 2:05-cv-451-T

Leon Forniss, Warden, et al.,
Defendants

## Notice-Change-of-Address

Comes Now, The Petitioner, Marvin James, In The Above-Styled-Cause of Action,

Who gives The following Change of Address-To-This Honorable Court,

c/o Marvin James
c/o Hester Marie Rogers
1230 Hale Street
Montgomery, Alabama 36104

The Petitioner, wishes-And-Pray This Honorable Court-Will-Note That He Is A Chronic Care-Disabled-Handicapped, Homeless, Person,

And That The Petitioner Can Not Receive Mail at The Old Address of,

1708 French Street
Montgomery, Ala. 36104

The Petitioner Marvin James, Also, Wishes This Honorable Court To Advise Him on Any Action That Has Been Taken In The Above Case No. 2:05-cv-2151-T, Civic Action,

## Conclusion

The Petitioner Marvin James, Pray This Honorable Court Will Accept This Notice Change of Address, And Advise him on the Status of his Case at his Fixed Address of,

1730 Hale Street
Montgomery, Alabama. 36104,

This is The 5Th Day of May 2006

Marvin James # 110142
Petitioner

## Certificate of Service

I hereby Certify That I have Mail A True And Correct Copy of This Notice-Change of Address,

To: Office of The Attorney General
11 South Union Street
Montgomery, Alabama, 36130

Do This 5th Day of May 2006

_____
Marvin James # 110142
Petitioner