IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARVIN JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv451-MHT |
| | )   (WO) |
| DONAL CAMPBELL, | ) |
| COMMISSIONER, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the recommendation of the Magistrate Judge filed herein on June 26, 2007 (doc. no. 29), said recommendation is adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Defendants' motions for summary judgment (doc. nos. 15 & 21) are granted;

2. Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint; and

3. The costs of the proceeding are taxed against plaintiff ,for which execution may issue.

DONE, this the 19th day of July 2007.

             /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE